NOT DESIGNATED FOR PUBLICATION

## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

**04-458**

**STATE OF LOUISIANA**

**VERSUS**

**MICHAEL BERNARD WILLIAMS**

\*\*\*\*\*\*\*\*\*\*
APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 259750-001
HONORABLE BERT DEXTER RYLAND, DISTRICT JUDGE
\*\*\*\*\*\*\*\*\*\*
**JOHN B. SCOFIELD**
**JUDGE**
\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, Marc T. Amy, and John B. Scofield, Judges.[*]

**AFFIRMED.**

**James C. Downs, District Attorney - 9th JDC**
**Monique Yvette Metoyer, Asst. District Attorney**
**P. O. Drawer 1472**
**Alexandria, LA 71309**
**Counsel for Appellee:**
        **State of Louisiana**

**G. Paul Marx, Attorney at Law**
**Louisiana Appellate Project**
**P. O. Box 82389**
**Lafayette, LA 70598-2389**
**Counsel for Defendant/Appellant:**
        **Michael Bernard Williams**

[*]Honorable John B. Scofield participated in this decision by appointment of the Louisiana Supreme Court as Judge Pro Tempore.